IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| J.R. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-8145 |
| | ) | |
| v. | ) | The Honorable Robert M. Dow, Jr. |
| | ) | |
| Board of Education of the City of Chicago, | ) | Magistrate Judge Sidney I. Schenkier |
| Legal Prep Charter Academics and Jamel M. | ) | |
| Hellaire-Jones | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Defendant, Board of Education of the City of Chicago ("Board"), files this Motion to Withdraw Attorney Appearance of Kathryn Kohls and states:

1. Assistant General Counsel Kathryn Kohls, who appeared for the Board in this case, is leaving the Board for another job opportunity effective March 20, 2020. The Board therefore requests that the Court withdraw Ms. Kohls' appearance and remove her from the list of attorneys designated to receive notice of filings in this case.

2. The Board will continue to be represented by its attorneys of record. Therefore, granting this request will not prejudice Plaintiff.

## CONCLUSION

The Board respectfully requests that the Court grant this Motion, withdraw the appearance of Ms. Kohls and award the Board all other relief to which it may be entitled.

Dated: March 18, 2020.          Respectfully submitted,

                       **DEFENDANT BOARD OF EDUCATION OF THE CITY OF CHICAGO**

                       Joseph T. Moriarty, General Counsel

By:      /s/ *Kathryn Kohls*
            Kathryn Kohls, Assistant General Counsel
            Board of Education of the City of Chicago
            Law Department
            1 North Dearborn Street, Suite 900
            Chicago, Illinois 60602
            Telephone: 773-553-1700

**CERTIFICATE OF SERVICE**

     I certify that I caused the foregoing document to be sent to all *pro se* parties and attorneys of record via the Court's electronic notification system on March 18, 2020.

By:      /s/*Kathryn Kohls*
            Kathryn Kohls, Assistant General Counsel