# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:19-cv-08145 |

R. v. Board of Education

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY

FOR: (In the space below, enter the name of the party or parties being represented)

**Board of Education of the City of Chicago**

| |
|---|
| NAME (Type or print) |
| Lindsey Goldberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ *Lindsey Goldberg* |
| FIRM |
| Board of Education of the City of Chicago |
| STREET ADDRESS |
| 1 N. Dearborn, Suite 900 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6299874 | 773/553-1700 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br>RETAINED COUNSEL      APPOINTED COUNSEL |