EXHIBIT 1 – CONFIDENTIAL