EXHIBIT 2 – CONFIDENTIAL