EXHIBIT 4 – CONFIDENTIAL