EXHIBIT 5 – CONFIDENTIAL