EXHIBIT 8 – CONFIDENTIAL