EXHIBIT 9 – CONFIDENTIAL