EXHIBIT 16

Office of
**Inspector General**
Chicago Board of Education
Nicholas Schuler, Inspector General

_____

**Wednesday, July 24, 2019**

**Presentation to the Board of Education of the City of Chicago**

**OIG Investigations of Sexual Allegations**

(833) TELL CPS     cpsoig.org     (773) 534-9418

# OIG Cases 10/01/18 to 06/30/19

- **458 Total Cases**

- **2.92 per school day**

- **1.68 per calendar day**



**Sexual Allegation Cases per School Day**

Case: 1:19-cv-08145 Document #: 89-16 Filed: 04/09/21 Page 4 of 16 PageID #:462

# OIG Investigations Initiated 10/01/18 to 06/30/19 by Current Case Status



Investigation Substantially Complete: 79 Cases
17%

Active OIG Investigations: 219 Cases
48%

Closed: 160 Cases
35%

Office of Inspector General
Chicago Board of Education

Presentation to the Chicago Board of Education re:
OIG Investigations of Sexual Allegations

July 24, 2019

# Analysis of 160 Closed Cases

- Not Substantiated: 116 cases

- Substantiated: 44 cases

    - 2 Sexual Misconduct (both police-involved)

    - 6 Sexual Harassment or Gender Discrimination

    - 36 other non-sexual CPS policy violations, including improper electronic communications and other unprofessional or inappropriate conduct.

Office of Inspector General
Chicago Board of Education

Presentation to the Chicago Board of Education re:
OIG Investigations of Sexual Allegations

July 24, 2019

# OIG Sexual Allegations Categories

| | |
|---|---|
| **Sexual Act** | • Penetration |
| **Sexual Abuse** | • Physical conduct for sexual gratification, e.g., groping, fondling |
| **Sexual Comment – In Person** | • Unambiguously sexual comment to student |
| **Grooming** | • Actions to break down inhibitions for the purpose of sexual conduct |
| **Sexual Electronic Communication ("Sexting")** | • Sexual text messages, emails, or other communications |
| **Touching: Less than Sexual Abuse** | • Touching of a possible (not obvious) sexual nature |
| **Concerning: Other** | • Leering, "creepy" behavior or other potentially concerning behavior |
| **Student-on-Staff Inappropriate Conduct** | • Students initiating concerning behavior towards a staff member |
| **Outcry about Old Conduct** | • Recent outcry about allegations from several years ago |

# Cases by Allegation Category 10/01/18 to 06/30/19 (458 Total)



Outcry about Old Conduct - 8 Cases
2%

Student-on-Staff Inappropriate Conduct - 11 Cases
2%

Sexual Act - 37 Cases
8%

Sexual Abuse - 46 Cases
10%

Sexual Comment - in Person - 32 Cases
7%

Grooming - 64 Cases
14%

Sexual Electronic Communication ("Sexting") - 7 Cases
2%

Touching: Less than Sexual Abuse - 45 Cases
10%

Concerning: Other - 208 Cases
45%

**Legend:**
- Sexual Act - 37 Cases
- Sexual Abuse - 46 Cases
- Sexual Comment - in Person - 32 Cases
- Grooming - 64 Cases
- Sexual Electronic Communication ("Sexting") - 7 Cases
- Touching: Less than Sexual Abuse - 45 Cases
- Concerning: Other - 208 Cases
- Student-on-Staff Inappropriate Conduct - 11 Cases
- Outcry about Old Conduct - 8 Cases



# Elementary School Cases by Allegation Category 10/01/18 to 06/30/19

Outcry about Old Conduct - 5 Cases
2%

Sexual Act - 20 Cases
9%

Student-on-Staff Inappropriate Conduct - 7 Cases
3%

Sexual Abuse - 26 Cases
12%

Sexual Comment - in Person - 10 Cases
4%

Grooming - 25 Cases
11%

Sexual Electronic Communication ("Sexting") - 3 Cases
1%

Touching: Less than Sexual Abuse - 26 Cases
12%

Concerning: Other - 103 Cases
46%

Legend:
- Sexual Act - 20 Cases
- Sexual Abuse - 26 Cases
- Sexual Comment - in Person - 10 Cases
- Grooming - 25 Cases
- Sexual Electronic Communication ("Sexting") - 3 Cases
- Touching: Less than Sexual Abuse - 26 Cases
- Concerning: Other - 103 Cases
- Student-on-Staff Inappropriate Conduct - 7 Cases
- Outcry about Old Conduct - 5 Cases

Office of Inspector General
Chicago Board of Education

Presentation to the Chicago Board of Education re:
OIG Investigations of Sexual Allegations

July 24, 2019



# High School Cases by Allegation Category 10/01/18 to 06/30/19

Outcry about Old Conduct - 3 Cases 1%

Sexual Act - 16 Cases 7%

Student-on-Staff Inappropriate Conduct - 4 Cases 2%

Sexual Abuse - 20 Cases 9%

Sexual Comment - in Person - 22 Cases 10%

Grooming - 38 Cases 16%

Sexual Electronic Communication ("Sexting") - 4 Cases 2%

Concerning: Other - 103 Cases 45%

Touching: Less than Sexual Abuse - 19 Cases 8%

**Legend:**
- Sexual Act - 16 Cases
- Sexual Abuse - 20 Cases
- Sexual Comment - in Person - 22 Cases
- Grooming - 38 Cases
- Sexual Electronic Communication ("Sexting") - 4 Cases
- Touching: Less than Sexual Abuse - 19 Cases
- Concerning: Other - 103 Cases
- Student-on-Staff Inappropriate Conduct - 4 Cases
- Outcry about Old Conduct - 3 Cases

Office of Inspector General
Chicago Board of Education

Presentation to the Chicago Board of Education re:
OIG Investigations of Sexual Allegations

July 24, 2019

# Cases by School Grade Level 10/01/18 to 06/30/19



Unknown or N/A: 4 Cases

High School: 229 Cases

Elementary School: 225 Cases

High School: 229 Cases

Elementary School: 225 Cases

Unknown or N/A: 4 Cases

Office of Inspector General
Chicago Board of Education

Presentation to the Chicago Board of Education re:
OIG Investigations of Sexual Allegations

July 24, 2019

# Elementary Vs. High School Allegation Rates

|  | ES | HS |
|---|---|---|
| 20th Day Enrollment | 255,447 | 105,867 |
| % of Total CPS Enrollment | 71% | 29% |
| Allegations 10/01/2018 to 07/30/2019 | 225 | 229 |
| % of Total Allegations | 49.6% | 50.4% |
| Allegations per 100,000 Students | 88.1 | 216.3 |

Elementary and High Schools have almost identical numbers of allegations.

However, per-student, the High School allegation rate is about 2.5 times the Elementary School rate.

# Cases by School Type: District vs. Charter 10/01/18 to 06/30/19



**Unknown or N/A: 2 Cases**
**0%**

**Charter: 31 Cases**
**7%**

**District: 425 Cases**
**93%**

Note that as of the OIG's last public presentation in April 2019, there were only 15 cases involving charter schools. That number has doubled to 31 in the last 3 months.

Office of Inspector General
Chicago Board of Education

Presentation to the Chicago Board of Education re:
OIG Investigations of Sexual Allegations

July 24, 2019

# Allegations 10/01/18 to 06/30/19 by Job Category

1.  Teacher — 204 allegations — Approximately 19,000 positions — 1.07 % subject of complaint.

2.  Security Guard — 67 allegations — Approximately 1,700 positions — 3.94% subject of complaint. (3 additional vendor employee subjects are security guards)

    *This is a significant increase from the OIG's April 24, 2019 report with 44 allegations, or 2.50% of security guards.*

3.  Vendor Employee — 39 allegations

4.  Special Education Classroom Assistant (SECA) — 29 allegations —Approximately 4,000 positions — .07% subject of complaint. (7 non-SECA Classroom Assistants are subjects of complaints)

5.  Substitute Teacher — 27 allegations

There are 101 other subjects of OIG SAU cases, including 15 Assistant Principals or Principals,  9 Bus Personnel, and 77 people with various other job titles.

# Actions Pertaining to OIG Investigations
# (As of July 19, 2019)

**Pulled**
- 97 adults pulled from school pending investigation (11 previously pulled adults have been reinstated)

**Blocked**
- 15 substitute teachers blocked from teaching in CPS

**Resigned**
- 13 employees under investigation have retired or resigned

**Fired**
- 23 employees terminated from their positions

Office of Inspector General
Chicago Board of Education

Presentation to the Chicago Board of Education re:
OIG Investigations of Sexual Allegations

July 24, 2019

# 14 CPS-Affiliated Adults Charged by Police during 2018-19 School Year

- <u>Aggravated/Predatory Criminal Sexual Assault (4)</u>:
  - Dean/Coach, alleged victims are CPS students
  - Teacher, alleged victim is former CPS student (other charges also pending)
  - Bus driver, alleged victims were family members (and CPS students, other charges also pending)
  - Vendor employee, alleged victim is a CPS student (other charges also pending)

- <u>Aggravated Criminal Sexual Abuse (5)</u>:
  - Teacher, alleged victims are CPS students
  - Teacher, alleged conduct against CPS student occurred years ago
  - SECA, alleged victim is CPS student. Employment terminated by CPS 1 year before this and other charges brought.
  - Custodian, alleged victim was a neighbor (and CPS student)
  - Volunteer, alleged conduct against CPS students occurred years ago (other charges also pending)

# 14 CPS/Vendor Staff Charged by Police during 2018-19 School Year, continued

- Indecent Solicitation of a Minor (1):
  - Teacher, no actual victim involved (sting operation)

- Misdemeanor Battery (3):
  - Teacher, alleged victims are CPS students
  - Teacher, alleged victim is CPS student
  - Bus Aide, alleged victim is CPS student

- Aggravated Battery (1):
  - Teacher, alleged victim was CPS student at time of alleged conduct