UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J.R., ) | |
| ) | |
| Plaintiff, ) | Case No. 19 CV 8145 |
| ) | |
| v. ) | |
| ) | |
| LEGAL PREP CHARTER ACADEMIES, and ) | |
| JAMEL M. HELAIRE-JONES, ) | |
| ) | |
| Defendants. ) | |

### **PLAINTIFF'S MOTION TO DISMISS PURSUANT TO SETTLEMENT**

NOW COMES, Plaintiff, by and through her counsel, the Dinizulu Law Group, and respectfully requests that this Honorable Court dismiss this case pursuant to settlement, and states as follows:

1. On December 22, 2023, J.R. and Legal Prep entered into a settlement agreement, and seeks to dismiss this case against all parties.

2. Plaintiff requests that this Court shall retain jurisdiction for a period of six (6) months until June 15, 2024, in order to effectuate and enforce settlement, adjudicate liens, and enter any other appropriate post-settlement order or other relief

WHEREFORE, Plaintiff respectfully requests:

   a. This Court dismiss the case against all parties.

   b. This Court retain jurisdiction for a period of six (6) months until June 15, 2024, in order to effectuate and enforce settlement, adjudicate liens, and enter any other appropriate post-settlement order or other relief

Respectfully Submitted,

DINIZULU LAW GROUP, LTD.

By:    /s/Yao O. Dinizulu_(6242794)____
Attorney for Plaintiff
DINIZULU LAW GROUP, LTD.
221 N. LaSalle, Suite 1100
Chicago, IL 60601
Telephone: (312) 384-1920
Facsimile: (312) 384-1921
Dinizulu@dinizululawgroup.com

## CERTIFICATE OF SERVICE

I, Yao O. Dinizulu, hereby certify that on the January 9, 2024, the foregoing was sent via Email to:

For the Defendant Legal Prep Charter Academies
John J. Moroney (john.moroney@francomoroney.com)
Randall W. Slade (randall.slade@francomoroney.com)
Anna Manfre (anna.manfre@francomoroney.com)
Franco Moroney Buenik, LLC
500 West Madison, Suite 2440
Chicago, IL 60661
312-469-1000
Atty No. 62148

Respectfully Submitted,

DINIZULU LAW GROUP, LTD.

By:    /s/Yao O. Dinizulu_(6242794)____
Attorney for Plaintiff
DINIZULU LAW GROUP, LTD.
221 N. LaSalle, Suite 1100
Chicago, IL 60601
Telephone: (312) 384-1920
Facsimile: (312) 384-1921
Dinizulu@dinizululawgroup.com